IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DONNIE LEE YOUREE,

    Plaintiff,

vs.                                                   CASE NO. 5:05cv164-RS

P. A. MOLINA and P. A. SAHA,

    Defendants.
_____/

## ORDER

Before the court is the magistrate judge's Report and Recommendation (Document 15). Plaintiff has not filed objections.

**IT IS ORDERED:**

1. The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.

2. The clerk shall transfer this case to the United States District Court for the District of South Carolina.

ORDERED on March 7, 2006.

                                                      /S/ Richard Smoak
                                                      **RICHARD SMOAK**
                                                      **UNITED STATES DISTRICT JUDGE**